Corey Donovan #0986659
From USP Allenwood
Po Box 3000
White Deer PA
17887

Re:
v
United States
No. 10-2180

Dear Clerk of Court,

10-2180

Thank you for your prompt response to my last letter. Looking at the Date of the Judgment 2-24-11 and then when I left USP Hazelton 3-1-11 in transit, I now realize that somehow my mail must have been lost/misplaced by Prison staff. Again, Thank YOU.

I have a few Questions, if you don't mind:

① Since Judge McAuliffe re-characterized my 60b motion as my 1st 2255, and it was filed on May 25 2010, and wrongfully dismissed as "Time Barred" over 1 year, Shouldn't I be Heard on it and accepted since this court correctly ascertained that I had until June 19 2010 to file my 2255 Because of my vacated sentence?

I did in fact appeal the denial of my 1st 2255/60b in the form of my "2nd and Successive 2255" filed August 24, 2010. Then I appealed that denial here in this court with this sought after certificate of appealability. See Time line attached on Back.

② Do I have to file again for another certificate of appealability, re-file a 2255, or file a 2241?

Turn over →

I don't know much about the Law, but I am trying my best and getting what help I can from other inmates. My Lawyer has been of no Help since Day 1.

3-9-09 — Sentenced
4-14-09 — State case overturned — Finalized 4-28-10
4-29-09 — in transit from State Prison to Haklover Strafford county
5-29-09 — Arrived in Brooklyn MDC
June 2009/19? — Find out State case is overturned
6-25-09 — File asking for appointment of counsel
7-15-09 — in transit
7-20-09 — Arrive at USP Hazelton WV
12-6-09 to 1-25-10 verifiable institution Lockdown (50 Days straight) Plus other shorter lockdowns. No legal access
5-25-10 — File 60b Judge McAuliffe Recharacterizes it as my 1st 2255 see his order Dated 6-22-10 Re-Document NO. 97
8-24-10 — File my 2nd 2255 motion, Denied and confirmed as my 2nd by Judge McAuliffe on 9-10-10 see Civil No. 10-cv-390-SM Re. Document No. 1
9-28-10 — file for C.O.A.
2-24-11 — Judgement entered on C.O.A. stating I had until 6-19-10 to file my first 2255, but still I am somehow time barred. even though I was on time?
3-1-11 — in transit — Court order presumed lost by BOP
4-11-11 — Arrive at new facility
1-9-13 — 3rd Attempt to find out about my case answered by Clerk of court.

Thank you

